UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



**FILED**

APR 10 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07-30059-01 |
| Plaintiff, | |
| -vs- | ORDER |
| Floyd J. Black Spotted Horse, Jr., | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS ORDERED that the Rosebud Sioux Tribal Clerk of Court shall provide any and all criminal history, including all juvenile records of Floyd J. Black Spotted Horse, Jr., (DOB: 01/08/1987), to Corey Edson, U.S. Probation Officer, United States Probation/Pretrial Services Office, Federal Building & U.S. Courthouse, 225 South Pierre Street, Room 318, Pierre, South Dakota 57501.

Dated this 10 day of April, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:
DEPUTY
(SEAL)